UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE ESQUILIN PINTO,<br><br>     Plaintiff(s),<br><br>CHARTIS INSURANCE COMPANY; HOSPITAL DEL MAESTRO; AIDA DIAZ,<br><br>     Defendant(s). | Civil No. 12-1638 (DRD) |

**JUDGMENT**

Based upon the *Joint Stipulation for Voluntary Dismissal with Prejudice,* filed on August 22, 2013, and the *Order* entered on even date, Docket entries No. 57 and 58, regarding the sealed Confidential Settlement Agreement filed under Docket No. 55, this case is dismissed with prejudice, each party will bear their respective costs and attorneys fees.  The Confidential Settlement Agreement shall remain under seal at all times unless otherwise is ordered by the Court.  The Court will retain jurisdiction to enforce the terms and conditions of the Confidential Settlement Agreement.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 22nd day of August, 2013.

    s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
United States District Judge